UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-cv-80581-BLOOM/VALLE

MELISSA LEIGH RANDOLPH, on behalf
of herself and all others similarly situated,

    Plaintiff,
v.

J.M. SMUCKER CO.,

    Defendant.
_____/

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT OF PLAINTIFF'S MOTION
FOR CLASS CERTIFICATION WITH INCORPORATED MEMORANDUM OF LAW [D.E. #36]**

Plaintiff, Melissa Leigh Randolph (the "Plaintiff"), by and through undersigned counsel, and pursuant to Local Rule 7.1(b)(2), hereby requests this Court for oral argument of Plaintiff's Motion for Class Certification with Incorporated Memorandum of Law [D.E. 36], and as grounds states as follows:

    1.    On June 27, 2014, Plaintiff filed her Motion for Class Certification with Incorporated Memorandum of Law. [D.E. 36]. On August 29, 2014, Defendant filed its Opposition to Plaintiff's Motion for Class Certification [D.E. 47]. On September 29, 2014, Plaintiff filed her Reply [D.E. 58].

    2.    This case involves complex factual and legal issues. In light of this, oral argument will assist the Court.

    3.    Plaintiff estimates that oral argument will take one hour.

Dated: October 6, 2014	Respectfully submitted,

McCabe Rabin, P.A.

_____/s Ryon M. McCabe_____
Ryon M. McCabe (009075)
rmccabe@mccaberabin.com
Robert C. Glass (052133)
rglass@mccaberabin.com
Centurion Tower
1601 Forum Place, Ste. 505
West Palm Beach, Florida 33401
Telephone: (561) 659-7878
Facsimile: (561) 242-4848

The Wright Law Office, P.A.
William C. Wright (138861)
willwright@wrightlawoffice.com
301 Clematis Street, Suite 3000
West Palm Beach, Florida 33410
Telephone: (561) 514-0904
Facsimile: (561) 514-0905

*Counsel for Plaintiff Melissa Randolph*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 6, 2014, I electronically filed the foregoing document with the Clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s   Ryon M. McCabe
Ryon M. McCabe (009075)

SERVICE LIST
Melissa Leigh Randolph v. J.M. Smucker Co.

CASE NO.: 9:13-cv-80581

United States District Court, Southern District of Florida

THE WRIGHT LAW OFFICE, P.A.
William C. Wright (138861)
willwright@wrightlawoffice.com
301 Clematis Street, Suite 3000
West Palm Beach, Florida 33410
Telephone: (561) 514-0904
Facsimile: (561) 514-0905

MCCABE RABIN, P.A.
Ryon M. McCabe (009075)
rmccabe@mccaberabin.com
Robert C. Glass (052133)
rglass@mccaberabin.com
1601 Forum Place, Ste. 505
West Palm Beach, Florida 33401
Telephone:  (561) 659-7878
Facsimile:  (561) 242-4848

*Attorneys for Plaintiff, Melissa Leigh Randolph*

FOWLER WHITE BOGGS P.A.
Edward M. Waller, Jr.  (0106341)
Ewaller@fowlerwhite.com
Ashley B. Trehan (43411)
ashley.trehan@fowlerwhite.com
P.O. Box 1438
Tampa, Florida 33601
Telephone: (813) 228-7411
Facsimile: (813) 229-8313

JENNER & BLOCK LLP
Dean N. Panos (*pro hac vice*)
dpanos@jenner.com
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

JENNER & BLOCK LLP
Kenneth K. Lee (*pro hac vice*)
klee@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

*Attorneys for Defendant, J. M. Smucker, Co.*